**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
---------------------------------------------------------- x
In re:                                              :        Case No. 11-47634-NHL
                                                    :
    RORY BRYAN SATCHELL,              :
                                                    :
                                                    :        Chapter 7
                                                    :
                    Debtor.      :
---------------------------------------------------------- x

## SUPPLEMENTAL DISTRIBUTION REPORT

      I, ROBERT L. GELTZER, Trustee herein, certify that claims filed and docketed in this case by the Clerk of the Bankruptcy Court, have, consistent with the proposed distribution, been reviewed, and all orders of the Court have been examined, and state that based on the review I propose to make the following distribution:

SUMMARY OF DISTRIBUTION

| | |
|---|---:|
| Chapter 7 Administrative Expenses: | $ 0.00 |
| Chapter 11 Administrative Expenses: | $ 0.00 |
| Priority Claims (507(a)(3)-(a)(6)): | $ 0.00 |
| Secured Tax Liens: | $ 0.00 |
| Priority Tax Claims: | $ 0.00 |
| General Unsecured Claims: | $ 44.16 |
| | |
| TOTAL AMOUNT TO BE DISTRIBUTED: | $ 44.16 |

Liens Attached to Proceeds [11 U.S.C. 724 (b)]:                    $0.00

Super Priority [11 U.S.C. 364 (c) (1)]                             $0.00

Trustee Commissions [11 U.S.C. 326 (a)]
ROBERT L. GELTZER                                                  $0.00

PROPOSED DISTRIBUTION REPORT

Chapter 7 Professional Fees

| | |
|---|---:|
| Attorney for Trustee Compensation [11 U.S.C. §330(a)(1)] | |
| LAW OFFICES OF ROBERT L. GELTZER | $0.00 |
| | |
| Total Chapter 7 Professional Fees | $0.00 |
| | |
| U.S. Trustee Fees [28 U.S.C. 1930 (a)(6)] | $0.00 |
| | |
| U.S. Bankruptcy Clerk Fees [28 U.S.C. §1930(b)] | $0.00 |
| | |
| Administrative Tax Claims, Other Expenses or Professional Fee Allowances [11 U.S.C. §503(b)] | $0.00 |

Chapter 7 Administrative Expenses

| | | |
|---|---:|---:|
| Attorney for Trustee Expenses, LAW OFFICES OF ROBERT L. GELTZER | $0.00 | |
| Total Chapter 7 Administrative Expenses | | $0.00 |
| Total Chapter 11 Administrative Expenses (including Chapter 11 professional fees) | | |
| Total Chapter 11 Administrative Expenses | | $0.00 |
| TOTAL ADMINISTRATIVE EXPENSES | | $0.00 |

That the balance on hand after the payment of administrative expenses and any super-priority in the amount of $44.16 shall be distributed by the trustee as follows:

| | |
|---|---:|
| Subordinated First Priority [11 U.S.C. §726 (b)] (Per attached Itemized Continuation Sheet) 0.00000% pro rata distribution | $0.00 |
| | |
| Total Priority Dividends [11 U.S.C. 507 (a)(1)-(10)] (Per attached Itemized Continuation Sheet) 0.00000% pro rata distribution | $0.00 |

| | |
|---|---:|
| Secured Tax Claims [11 U.S.C. §724(b)]<br>(Per attached Itemized Continuation Sheet)<br>0.00000% pro rata distribution | $0.00 |
| General Unsecured Dividend[11 U.S.C. 726 (a)(2)]<br>(Per attached Itemized Continuation Sheet)<br>0.55949% pro rata distribution | $44.16 |
| Late Filed General Unsecured Dividend [11 U.S.C. §726(a)(3)]<br>0.00000% pro rata distribution | $0.00 |
| Fines/Penalties [11 U.S.C. 726 (a)(4)]<br>(Per attached Itemized Continuation Sheet)<br>0.00000% pro rata distribution | $0.00 |
| Legal Rate of Interest [11 U.S.C. 726 (a)(5)]<br>0.00000% interest, if applicable, to be paid<br>subsequent to distribution to 11 U.S.C.<br>726 (a)(1), (2), (3), and (4) claimants. | $0.00 |
| Surplus Refunded to Debtor [11 U.S.C. 726 (a)(6)] | $0.00 |

TOTAL DISTRIBUTION                                                                                         $44.16

Attached to this Notice are Itemized Continuation Sheets as noted above which describe any pro-rata distributions, where applicable.

Dated:  October 25, 2013                                 Estate of RORY BRYAN SATCHELL,
        New York, New York

                                                         /s/ Robert L. Geltzer
                                                         ROBERT L. GELTZER
                                                         1556 THIRD AVENUE
                                                         SUITE 505
                                                         NEW YORK, NY  10128
                                                         (212) 410-0100