# PROPOSED DISTRIBUTION

| Case Number: 11-47634   NHL | Page 1 | Date: October 25, 2013 |
|---|---|---|
| Debtor Name: SATCHELL, RORY BRYAN | | |

| Claim # | Payee Name | Class | Priority | Amount | Paid to Date | Claim Balance | Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|---|
| | Beginning Balance | | | | | | | $44.16 |
| | ROBERT L. GELTZER COMPENSATION | Admin | | $875.00 | $875.00 | $0.00 | $0.00 | $44.16 |
| | ROBERT L. GELTZER EXPENSES | Admin | | $54.63 | $54.63 | $0.00 | $0.00 | $44.16 |
| | LAW OFFICES OF ROBERT L. GELTZER | Admin | 001 | $79.82 | $79.82 | $0.00 | $0.00 | $44.16 |
| | LAW OFFICES OF ROBERT L. GELTZER | Admin | 001 | $1,300.00 | $1,300.00 | $0.00 | $0.00 | $44.16 |
| | Subtotals For Class Administrative  100.00000 % | | | $2,309.45 | $2,309.45 | $0.00 | $0.00 | |
| 000001 | Midland Credit Manangement, Inc. | Unsec | 070 | $604.12 | $75.96 | $528.16 | $3.38 | $40.78 |
| 000002 | Cavalry Portfolio Services, LLC | Unsec | 070 | $1,376.08 | $173.02 | $1,203.06 | $7.70 | $33.08 |
| 000003 | Cavalry Portfolio Services, LLC | Unsec | 070 | $2,614.75 | $328.76 | $2,285.99 | $14.63 | $18.45 |
| 000004 | New York City Dept. of Finance | Unsec | 070 | $0.00 | $0.00 | $0.00 | $0.00 | $18.45 |
| 000005 | Merrick Bank | Unsec | 070 | $1,955.27 | $245.84 | $1,709.43 | $10.94 | $7.51 |
| 000006 | Municipal Credit Union | Unsec | 070 | $500.37 | $62.91 | $437.46 | $2.81 | $4.70 |
| 000007 | Capital One, N.A. | Unsec | 070 | $842.29 | $105.91 | $736.38 | $4.70 | $0.00 |
| | Subtotals For Class Unsecured  13.13285 % | | | $7,892.88 | $992.40 | $6,900.48 | $44.16 | |
| | << Totals >> | | | $10,202.33 | $3,301.85 | $6,900.48 | $44.16 | $0.00 |

Proposed distribution is dependent on the Court's rulings on administrative expenses, contest of claims, and/or objections made to this proposed distribution.